IN THE UNITED STATE DISTRICT COURT
DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| CYNTHIA L. CRIMI-SPANGLER, <br><br> Plaintiff, <br><br> VS. <br><br> ZIMMER, INC., ZIMMER GMBH, AND ZIMMER HOLDINGS, INC., <br><br> Defendants. | CASE NO. 2:20-CV-01011 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Cynthia L. Crimi-Spangler ("Plaintiff"), and the defendants, Zimmer, Inc., Zimmer GMBH, and Zimmer Holdings, Inc. ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: _____  By: _____

Dated: 5/10/2021  Dated: 9/15/2021

Peter C. Wetherall
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
(702) 838-8500

Douglass A. Kreis
AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010

J. Robert Bell, III
OSBORNE & FRANCIS, PLLC
433 Plaza Real, Suite 271
Boca Raton, FL 33432

*Attorneys for Plaintiff*

Andrew L. Campbell (*pro hac vice*)
Stephanie N. Russo (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
(317) 237-0300

Leann Sanders
Courtney Christopher
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

*Attorney for Defendants*

US.131981272.01


IN THE UNITED STATE DISTRICT COURT
DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| CYNTHIA L. CRIMI-SPANGLER,<br><br>    Plaintiff,<br><br>VS.<br><br>ZIMMER, INC., ZIMMER GMBH, AND ZIMMER HOLDINGS, INC.,<br><br>    Defendants. | CASE NO. 2:20-CV-01011 |

## ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice by and between the plaintiff, Cynthia L. Crimi-Spangler ("Plaintiff"), and the defendants, Zimmer, Inc., Zimmer GMBH, and Zimmer Holdings, Inc. ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED** AND **ADJUDGED** that:

This case is hereby **DISMISSED *WITH* PREJUDICE** as to Defendants. Plaintiff and Defendants shall each bear his/its own respective costs and attorneys' fees incurred in connection with this action.

**IT IS SO ORDERED.**

Dated this  16  day of September, 2021.

Confirmed copies to:
All counsel of record

_____
Gloria M. Navarro, District Judge
United States District Court

US.131981272.01